In the Matter of the Application of the St. Regis Paper Company, Respondent, for the Removal of Mikoli Kocoubinski, Appellant, from Certain Real Property.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of the St. Regis Paper Company, Respondent, for the Removal of Harley Derby, Appellant, from Certain Real Property.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of the St. Regis Paper Company, Respondent, for the Removal of Sam Mlcki, Appellant, from Certain Real Property.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of the St. Regis Paper Company, Respondent, for the Removal of John Bura, Appellant, from Certain Real Property.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of the St. Regis Paper Company, Respondent, for the Removal of Howard Rhines, Appellant, from Certain Real Property.— Order affirmed, with ten dollars costs and disbursements. All concurred.